IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LARRY EARL YOUNG, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-339 |
| | § | |
| RONALD FERRELL, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court has received Defendants' Motion to Dismiss, Dkt. No. 12, the Magistrate Judge's March 30, 2018, Memorandum and Recommendation ("M&R"), Dkt. No. 21, and Plaintiff's objections, Dkt. Nos. 22, 24, 25.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 21, **GRANTS** Defendants' Motion to Dismiss, Dkt. No. 12, and **DISMISSES WITH PREJUDICE** the above-captioned case.

SIGNED this 27th day of April, 2018.

_____
Hilda Tagle
Senior United States District Judge

1 / 1